NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30490
31-MAY-2013
01:32 PM**

NO. 30490

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


PATRICIA MAHI, Plaintiff-Appellant,
v.
THE VARIABLE ANNUITY LIFE INSURANCE
COMPANY, Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CIVIL NO. 09-1-187K)


ORDER OF CORRECTION
(By: Reifurth, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on May 24, 2013, is corrected as follows:

On the last page, in the section "On the briefs", the following attorney credit is added:

    Kimberly Tsumoto Guidry,
    Deputy Solicitor General,
    for Amicus Curiae Attorney
    General of the State of Hawaii

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, May 31, 2013.

Associate Judge

---

[1]    Fujise, Presiding Judge, Leonard and Reifurth, JJ.